IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:23-CV-00006-RJC-SCR

| | |
|---|---|
| KYRE MITCHELL, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| CITY OF CHARLOTTE, et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' "Motion to Dismiss" (document #24) filed April 6, 2023. Plaintiff filed his "First Amended Complaint" (document #27) on April 20, 2023.

Rule 15 of the Federal Rules of Civil Procedure governs amendments to pleadings. Rule 15(a)(1) grants a party the right to "amend its pleading once as a matter of course," if done within twenty-one days after serving the pleading, Fed. R. Civ. P. 15(a)(1)(A), or "if the pleading is one to which a responsive pleading is required," a party may amend once as a matter of course, provided that it does so within "21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). The Rule further provides that leave to amend shall be freely given "when justice so requires." Id.

Plaintiff filed his Amended Complaint as of right within twenty-one days following receipt of Defendants' Motion to Dismiss.

It is well settled that an amended pleading supersedes the original pleading, and that motions directed at superseded pleadings are to be denied as moot. <u>Young v. City of Mount Ranier</u>, 238 F.3d 567, 573 (4th Cir. 2001) (amended pleading renders original pleading of no effect).

**IT IS THEREFORE ORDERED** that:

1. The "Motion to Dismiss" (document #24) is administratively **DENIED** as moot without prejudice.

2. The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.    Signed: April 21, 2023

_____
Susan C. Rodriguez
United States Magistrate Judge