IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO.: 3:23-cv-06

| | |
|---|---|
| KYRE MITCHELL.     Plaintiff,<br><br>v.<br><br>CITY OF CHARLOTTE, et al.,<br><br>    Defendants. | STIPULATION OF DISMISSAL |

COMES NOW Plaintiff Kyre Mitchell, (hereinafter "Plaintiff"), and Defendants City Of Charlotte, Kerr Putney, Johnny Lee Jennings, Steven Voorhees, Robert Dance, Major Nelson Bowling, Christopher Rorie, Sergeant Scott Sherwood, Kenneth Tucker, Michael Putnam, Daniel Martinez, Jc Long, William Broadway, Gary Potter, Casey Shue, Mason Brian Braswell, Edward Kaminski, S. Dowell, And Amanda Keller, John Doe 1-50 (collectively, "Defendants"), by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the DISMISSAL with prejudice, and without an award of costs or fees to any party, of all of Plaintiff's claims against Defendants in this action through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs relating to this action.

By:

   */s/ Micheal L. Littlejohn Jr.*
Micheal L. Littlejohn Jr.
North Carolina Bar No. 49353
LITTLEJOHN LAW, PLLC
P.O. Box 16661
Charlotte, North Carolina 28297-6661
Telephone: (704) 322-4581
Facsimile: (704) 625-9396
E-mail: mll@littlejohn-law.com
*Counsel for Plaintiff*

/s/ Darlene Harris

Darlene Harris

N.C. State Bar No. 46087
Power In Protection Law
1026 Jay Street B184

Charlotte, NC 28205

Telephone: (704) 313-8816
E-mail:Darlene@powerinprotection.com
*Counsel for Plaintiff*


Kyre Mitchell (Nov 18, 2024 16:54 EST)

_____

*Plaintiff, Kyre Mitchell*

s/ Ryan G. Rich
Ryan G. Rich (N.C. Bar No. 37015)
Ryan.Rich@charlottenc.gov
Charlotte-Mecklenburg Government Center
600 East 4th Street, 7th Floor
Charlotte, North Carolina 28202
Telephone: 704-572-3611

*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:23-cv-00006-RJC-SCR

KYRE MITCHELL,

   Plaintiff,

vs.

CITY OF CHARLOTTE, et al.,

   Defendants.

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

   I hereby certify that on Tuesday November 19, 2024 I filed a true and correct copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the counsel of record.

*/s/ Darlene Harris*

Darlene Harris

N.C. State Bar No. 46087

Power In Protection Law

1026 Jay Street B184

Charlotte, NC 28205

Telephone: (704) 313-8816

E-mail:Darlene@powerinprotection.com

*Counsel for Plaintiff*